ORDER

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-05-098 |
| | § | (CRIM. NO. B-04-589) |
| JOSE ARMANDO CARRERA-RUIZ, | § | |
| Defendant-Movant. | § | |

### AMENDED ORDER[1]

Came on to be considered Defendant Jose Armando Carrera-Ruiz's Motion Requesting Transcripts, in forma pauperis, for the preparation of a 28 U.S.C. § 2255 motion. The Court finds as follows:

(1) Defendant's application to proceed in forma pauperis is hereby GRANTED. He may proceed without prepayment of costs or fees and is not required to give security therefor.

(2) Defendant's request for certification from this Court that his § 2255 claims are not frivolous is DENIED as it is premature.

(3) Defendant's request for a copy of the transcript of the plea and sentencing record in his case is GRANTED.

(4) His request for a copy of the pre-sentence investigation report is likewise GRANTED.

---

[1] This amended order replaces the Court's previous order entered on March 29, 2005 (Docket No. 1).

The District Clerk is hereby ORDERED to open a civil file for this matter. The government is ORDERED to respond to Defendant's § 2255 motion 60 days from the date it receives said motion.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 4th day of May, 2005.

_____
Felix Recio
United States Magistrate Judge